IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK ECKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08 CV 2913 |
| ) | The Honorable John F. Grady |
| ) | |
| WISCONSIN CENTRAL LTD., ) | |
| a corporation, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF PETITION

TO: James A. Farina, Esq.
Hoey & Farina, P.C.
542 South Dearborn Street
Suite 200
Chicago, IL 60605

PLEASE TAKE NOTICE that on June 4, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge John F. Grady, or any judge sitting in his stead, in courtroom 2201 of the Everett McKinley Dirksen United States Courthouse and shall then and there present **Wisconsin Central Ltd.'s Petition for an Order Compelling the Keeper of Records of Hoey & Farina to Disclose Records in Response to Subpoena**.

Dated: May 30, 2008

Respectfully submitted,

s/    James A. Fletcher
James A. Fletcher
Kristin M. Liddle
Fletcher & Sippel LLC
29 North Wacker Drive, Suite 920
Chicago, Illinois 60606-2832
Telephone:  (312) 252-1500
Facsimile:   (312) 252-2400

*Attorneys for WISCONSIN CENTRAL LTD.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of May, 2008, I caused a true and correct copy of **Wisconsin Central Ltd.'s Notice of Petition for an Order Compelling the Keeper of Records of Hoey & Farina to Disclose Records in Response to Subpoena** to be served upon:

>James A. Farina, Esq.
>Hoey & Farina, P.C.
>542 South Dearborn Street
>Suite 200
>Chicago, IL  60605
>*jfarina@hoeyfarina.com*
>
>*Counsel for Plaintiff Patrick Ecker*

>s/     James A. Fletcher
>        James A. Fletcher