**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Patrick Ecker, | ) | |
| | ) | |
| Plaintiff | ) | Case No.: 08 CV 2913 |
| | ) | |
| v. | ) | Judge John F. Grady |
| | ) | |
| Wisconsin Central, Ltd. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  James Fletcher
　　　Kristin M. Liddle
　　　Fletcher & Sippel, LLC
　　　29 North Wacker Drive, Suite 920
　　　Chicago, IL  60606

On June 4, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John F. Grady, or any Judge sitting in his stead, in the courtroom usually occupied by him in Room 2201, at the Everett McKinley Dirksen Building, 219 S. Dearborn, Chicago, Illinois, and shall then and there present Plaintiff's Motion to Transfer Wisconsin Central's Petition to Compel.

　　　　　　　　　　　　　　　　　　　　/s/James L. Farina
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**PROOF OF SERVICE**

　　　James L. Farina, an attorney, certifies that he served a copy of the above document upon the attorney(s) listed above via electronic filing and by facsimile before 5:00 p.m. from 542 S. Dearborn Street, Chicago, IL on June 3, 2008.

　　　　　　　　　　　　　　　　　　　　/s/James L. Farina

HOEY & FARINA
542 S. Dearborn, Suite 200
Chicago, IL 60605
312/939-1212