Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2913 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Ecker vs. Wisconsin Central Ltd. | | |

**DOCKET ENTRY TEXT**

Hearing on motion to transfer Wisconsin Central's petition to compel (#6) held. By agreement of the parties, motion to transfer Wisconsin Central's petition to compel to the United States District Court for the Eastern District of Wisconsin, Green Bay Division is granted (#6). Therefore, the clerk of the court is directed to transfer defendant Wisconsin Central Ltd.'s petition for an order compelling the keeper of records at Hoey & Farina to disclose records in response to subpoena (#1) to the United States District Court for the Eastern District of Wisconsin, Green Bay Division, forthwith.

Docketing to mail notices.
*Mail AO 450 form.

00:10



| | Courtroom Deputy Initials: | JD |
|---|---|---|