

**MICHAEL W. DOBBINS**
CLERK

# UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

June 10, 2008

**USDC-Eastern District of Wisconsin**
**Green Bay Division**
125 South Jefferson Street
PO Box 22490
Green Bay, WI 54305-2490

RE: Ecker v. Wisconsin Central Ltd.
Case No: 1:08cv2913

Dear Clerk:

Pursuant to the order entered by Honorable Judge Coar, on June 4, 2008, the above record

- ■      was electronically transmitted to the Eastern District of Wisconsin, Green Bay Division

- ■      The following paper documents are being transferred to the court by certified mail. Document numbers: N/A

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:      /s/ G. Jones
         Deputy Clerk

Enclosures

New Case No. _____      Date _____

cc:      Non-ECF Attorneys and Pro se Parties