# United States District Court
## Northern District of Illinois
### Eastern Division

Patrick Ecker                          **JUDGMENT IN A CIVIL CASE**

       v.                                     Case Number: 08 C 2913

Wisconsin Central, Ltd.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that by agreement of the parties, motion to transfer Wisconsin Central's petition to compel to the United States District Court for the Eastern District of Wisconsin, Green Bay Division is granted (#6). Therefore, the clerk of the court is directed to transfer defendant Wisconsin Central Ltd.'s petition for an order compelling the keeper of records at Hoey & Farina to disclose records in response to subpoena (#1) to the United States District Court for the Eastern District of Wisconsin, Green Bay Division, forthwith.

                                              Michael W. Dobbins, Clerk of Court

Date: 6/4/2008

                                              /s/ Jackie Deanes, Deputy Clerk